# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lee Carrier ) | |
| ) | Case No. 1:14-cv-09318 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ) | |
| Zenith Financial Network, Inc. ) | |
| 1489 West Palmetto Road, Suite 360 ) | |
| Boca Raton, FL 33486 ) | |
| ) | **NOTICE OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| ) | |
| Defendant. ) | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

**RESPECTFULLY SUBMITTED,**

Chang and Carlin, LLP


By: /s/ John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@changandcarlin.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2015, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Zenith Financial Network, Inc.

1489 West Palmetto Road, Suite 360

Boca Raton, FL 33486

/s/ John P. Carlin